UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE: REQUEST FOR
CERTIFICATE OF GOOD STANDING           1:26-MC-00016
                                       2:26-MC-00017
-------------------------------------------------------X

I, Juliana Haley Shenker, hereby request a copy of my certificate of good standing.

My date of admission to the Eastern District of New York is October 22, 2024.

My state attorney registration number is 6096762.

Law Firm or Other Employer: Harris Beach Murtha Cullina PLLC

Address: 100 Wall Street
New York, New York
10005

Phone: 212-313-5432    Mobile Phone: 516-459-9238

Email: jshenker@harrisbeachmurtha.com

Dated: 2/8/26

_____
Signature